COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of ELEANOR NALESNICK, Appellant, v. STEPHEN ARVAY, Respondent.— Motion

---

* Leave to appeal denied, 264 N. Y. 603.

for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.